Summons in a Civil Action

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

JUANITA ROMERO,

    PLAINTIFF,

V.    **SUMMONS IN A CIVIL ACTION**

    Case Number: 2:07-CV-936

HYUNDAI MOTOR MANUFACTURING
ALABAMA, LLC
    DEFENDANT.

TO:   Hyundai Motor Manufacturing Alabama, LLC
c/o Richard E. Neal
Agent for Service of Process
700 Hyundai Blvd
Montgomery, AL 36105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

    David R. Arendall
    Allen D. Arnold
    Arendall & Associates
    2018 Morris Avenue, Third Floor
    Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*(signature)*

(By) DEPUTY CLERK

DATE  10/29/07