| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Stacey O. Yo____  Romero  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Tracey Yancey   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Hyundai Motor Manufacturing Alabama, LLC<br>c/o Richard E. Neal<br>Agent for Service of Process<br>700 Hyundai Blvd<br>Montgomery, AL 36105 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv936-TMF<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7004 2510 0002 6128 4318 |

PS Form 3811, February 2004        Domestic Return Receipt                   102595-02-M-1540