## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JUANITA ROMERO,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) CIVIL ACTION NUMBER: |
| v. | )     2:07-cv-00936-MEF |
| | ) |
| **HYUNDAI MOTOR MANUFACTURING** | ) |
| **ALABAMA, LLC,** | ) |
| | ) |
|     **Defendant.** | ) |

**DEFENDANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC's
<u>CORPORATE/CONFLICT DISCLOSURE STATEMENT</u>**

In accordance with the order of this Court, Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Hyundai Motor Manufacturing Alabama, LLC is a single member limited liability company. Its single member is Hyundai Motor America, Inc., whose parent company is Hyundai Motor Company, Ltd, which is traded on the Korean Stock Exchange.

Respectfully submitted this 21st day of November, 2007.

/s/ J. Trent Scofield

J. Trent Scofield (SCO-024)
T. Scott Kelly (KEL-053)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: trent.scofield@odnss.com
E-mail: scott.kelly@odnss.com

Attorneys for Defendant Hyundai Motor
Manufacturing Alabama, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2007, I electronically filed the foregoing *Corporate/Conflict Disclosure Statement on behalf of Hyundai Motor Manufacturing Alabama, LLC* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David R. Arendall and Allen D. Arnold.

/s/ J. Trent Scofield
J. Trent Scofield (SCO-024)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
E-mail: trent.scofield@odnss.com