IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUANITA ROMERO,

PLAINTIFF,                            CIVIL ACTION NO.  2:07-cv-00936-MEF

V.

HYUNDAI MOTOR MANUFACTURING
ALABAMA, LLC,

DEFENDANT.

### REPORT OF PARTIES' PLANNING MEETING

1.  ***Appearances***:

Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on December 20, 2007, and was conducted by:

   a.  Appearing on behalf of plaintiff:

   David R. Arendall, Esq.

   b.  Appearing on behalf of defendant:

   Scott Kelly, Esq.

2.  ***Pre-Discovery Disclosures***.  The parties will exchange by January 18, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

3.  ***Discovery Plan.***  The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

   a.  ***Plaintiff's Statement***: Conduct discovery on all aspects of Plaintiff's

Complaint and Defendant's defenses.

    b.    ***Defendant's Statement***: Plaintiff's overall employment history; Plaintiff's employment with Defendant; the allegations contained in Plaintiff's Complaint; Plaintiff's efforts to seek employment after termination; Plaintiff's employment since termination; and Plaintiff's alleged damages.

    c.    ***Discovery cut-off***. Unless modified by the Court for good cause shown, all discovery must be commenced in time to be completed by October 15, 2008.

4.    ***Discovery Limitations***:

    a.    Unless modified by stipulation of the parties:

*Depositions:*

Each party agrees: Maximum of 8 depositions for the plaintiff and 8 depositions for the defendant with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

*Interrogatories (the parties do not agree on the limitations on interrogatories):*

Plaintiff's position:    Maximum of 45 by each party, with responses due within 30 days after service.

Defendant's position:    Maximum of 25 by each party with responses due within 30 days after service.

*Request for Admission:*

Each party agrees: Maximum of 25 by each party, with responses due within 30 days after service.

*Request for Production (the parties do not agree on the limitations on requests for production):*

Plaintiff's position:    Maximum of 45 by each party, with responses due within 30 days after service.

    Defendant's position:  Maximum of 25 by each party, with responses due within 30 days after service.

    *Supplementation:*

    Each party agrees: Supplements under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

5. ***Parties and Pleadings***:

  a. The plaintiff shall have until June 30, 2008, to join any additional parties and amend the pleadings.

  b. The defendant shall have until July 31, 2008, to join any additional parties and amend the pleadings.

6. ***Dispositive Motions***:

  All potentially dispositive motions must be filed September 26, 2008.

7. ***Expert Testimony***:

Unless modified by stipulation of the parties, the disclosure of expert witnesses -- including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert are due:

  a. From the plaintiff:  30 days prior to trial

  b. From the defendant:  30 days prior to trial

8. ***Pre-trial conference***:

  This case will be ready for pretrial conference in December of 2008.

9. ***Trial***:

  This case will be ready for trial by first trial available date in 2009[1].

---

1 At the time the parties filed this Report, the Court had not published its trial schedule for 2009.

Trial is expected to last 2-3 day(s).

10. **_Final lists_**:

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

    a.    By the plaintiff:    30 days prior to trial

    **b.**    By the defendant:    30 days prior to trial

Objections are to be filed within 14 days after receipt of final lists.

11. **_Scheduling Conference_**:

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

ATTORNEY FOR PLAINTIFF:    ATTORNEY FOR DEFENDANT:

/s/ David R. Arendall    /s/ Scott Kelly

_____    _____
David R. Arendall, Esq.    Scott Kelly Esq.
Attorney for the Plaintiff    Attorney for Defendant
Arendall & Associates    Ogletree, Deakins
2018 Morris Avenue, Third Floor    One Federal Place, Suite 1000
Birmingham, AL 35203    1819 Fifth Avenue North
205.252.1550 - Office    Birmingham, AL  35203
205.252.1556 – Facsimile    205.328.1000 – Office
    205.328.6000 - Facsimile