IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUANITA ROMERO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-936-MEF |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

This Court has reviewed the Report of Parties' Rule 26(f) Planning Meeting filed on December 20, 2007. The parties have reported an inability to agree to a proposed discovery plan with respect to limitations on interrogatories and limitations on requests for production.

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), the matter is hereby referred to United States Magistrate Judge Terry F. Moorer to assist in the resolution of these issues of discovery, and entry of any orders or recommendations as may be appropriate.

DONE this 21st day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE