IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUANITA ROMERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-936-MEF |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, ) | |
| ) | |
| Defendant . ) | |

## **ORDER**

The Court has reviewed the Report of Parties' Rule 26(f) Planning Meeting filed on December 20, 2007 (Doc. 9). The parties could not reach an agreement on the following discovery-related issues: (1) the maximum number of interrogatories allowed by each party; and (2) the maximum number of Request for Production allowed by each party. *See* Doc. 9 at § 4. Upon review of the proposals of both parties, the Court adopts the following provisions:

(1)   Interrogatories: Each party shall be limited to twenty-five (25) written interrogatories, including discrete subparts. *See* Fed. R. Civ. P. 33(a). This rule was amended in 1993 to reduce the frequency and efficiency of interrogatory practice since the device can be costly and may be used as a means of harassment. Advisory Committee's Note to the 1993 Amendment to Rule 33. Should additional interrogatories be necessary, the party should file a motion for leave to serve additional interrogatories. *Id*. The party seeking leave

must set forth with specificity its reason to exceed the twenty-five (25) interrogatories including why the additional interrogatories are necessary, why the information sought cannot be secured from any other source, and how the interrogatories are carefully construed and not unreasonably cumulative or duplicative.

(2) Request for Production: Each party shall be limited to forty-five (45) individual requests for production. *See* Fed. R. Civ. P. 34(a) (there is no limit to the number of requests it can serve). However, to control the amount of discovery, the Court accepts Plaintiff's position that there shall be a maximum of forty-five (45) requests.

DONE this 21st day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE