IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUANITA ROMERO,

PLAINTIFF,          CIVIL ACTION NO. 2:07-cv-00936-MEF

V.

HYUNDAI MOTOR MANUFACTURING
ALABAMA, LLC,

DEFENDANT.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Come now David R. Arendall and Allen D. Arnold, and move this Honorable Court for an Order allowing them to withdraw as counsel for the Plaintiff in this cause and show in support thereof the following:

1. Plaintiff and Defendant have reached a disagreement as to the means by which the case should continue.

2. Plaintiff has been made aware of counsel's desire to withdraw from the representation of the Plaintiff in this cause.

3. All efforts to resolve the conflict which exists between counsel and Plaintiff cannot be resolved.

1

NOW THEREFORE, Counsel for Plaintiff move this Honorable Court for leave to withdraw as counsel for the Plaintiff in this cause.

/s/ David R. Arendall

David R. Arendall, Counsel for Plaintiff

/s/ Allen D. Arnold

Allen D. Arnold, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office; 205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I certify that on July 3, 2008, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system of filing which will forward a copy of the foregoing to counsel for the Defendant:  Scott Kelley.

I further certify that on July 3, 2008, I forwarded a copy of the foregoing to the Plaintiff in this cause by Certified Mail, Return Receipt Requested to:

Juanita Romero
P. O. Box 2541
Clanton, AL 35045

/s/ Allen D. Arnold

Of Counsel