IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUANITA ROMERO )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>HYUNDAI MOTOR MANUFACTURING )<br>ALABAMA, LLC., )<br>)<br>    Defendant. ) | CASE NO. 2:07-cv-936-MEF |

# **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #15) filed on July 3, 2008, it is hereby

ORDERED that the motion is set for hearing on July 22, 2008 at 11:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that the plaintiff shall appear at the hearing along with all counsel of record. Counsel for the plaintiff is DIRECTED to ensure that plaintiff receives a copy of this Order before the hearing.

DONE this the 15th day of July, 2008.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE