# EXHIBIT A

# TO NOTICE

# OF COMPLIANCE

ARENDALL & ASSOCIATES
ATTORNEYS AT LAW

DAVID R. ARENDALL
ALLEN D. ARNOLD

2018 MORRIS AVENUE, THIRD FLOOR
BIRMINGHAM, ALABAMA  35203
205.252.1550 — OFFICE
205.252.1556 — FACSIMILE
WWW.ARENDALLLAW.COM

July 15, 2008

**Certified Mail, Return Receipt Requested**

Juanita Romero
P. O. Box 2541
Clanton, AL 35045

Re:  *Juanita Romero v. Hyundai*

Dear Juanita:

Enclosed is an Order which Judge Fuller has issued in your case. He is requiring that you, me, and the attorney for Hyundai appear before him at a hearing on our Motion to Withdraw as attorneys for you in your case. This hearing is scheduled for July 22, 2008, at 11 a.m. in his Courtroom located in the Federal Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. Pursuant to the enclosed Order, your appearance in Court at the above time on the above date is mandatory.

Sincerely,

Allen D. Arnold
For the Firm
ADA/ras
Enclosure

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUANITA ROMERO ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> HYUNDAI MOTOR MANUFACTURING ) <br> ALABAMA, LLC., ) <br> ) <br> Defendant. ) | CASE NO. 2:07-cv-936-MEF |

## **ORDER**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #15) filed on July 3, 2008, it is hereby

ORDERED that the motion is set for hearing on July 22, 2008 at 11:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that the plaintiff shall appear at the hearing along with all counsel of record. Counsel for the plaintiff is DIRECTED to ensure that plaintiff receives a copy of this Order before the hearing.

DONE this the 15th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

# EXHIBIT B

# TO NOTICE

# OF COMPLIANCE



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUANITA ROMERO,

PLAINTIFF,              CIVIL ACTION NO. 2:07-cv-00936-MEF

V.

HYUNDAI MOTOR MANUFACTURING
ALABAMA, LLC,

DEFENDANT.

## NOTICE OF COMPLIANCE

Come the attorneys for the Plaintiff in this causes and provides this Notice of Compliance to the Court and shows the following:

1. On July 3, 2008, Plaintiff's attorneys filed Motion to Withdraw as counsel for the Plaintiff in this cause.

2. Subsequent thereto the Court entered an Order (Doc. #16) that all counsel and Plaintiff appear at a hearing on the Motion to Withdraw.

3. The Order also stated that counsel for Plaintiff be directed to ensure that Plaintiff receives a copy of the Order before the hearing.

4. On July16, 2008, Plaintiff's counsel mailed a copy of the Order along with a letter (collectively, Exhibit A) to the Plaintiff via certified mail.

1

5. A copy of the Certified Mail Receipt is attached as Exhibit B.

NOW THEREFORE, Plaintiff's counsel shows his compliance with the Order dated July 15, 2008.

/s/ David R. Arendall

David R. Arendall, Counsel for Plaintiff

/s/ Allen D. Arnold

Allen D. Arnold, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office; 205.252.1556 – Facsimile

### CERTIFICATE OF SERVICE

I certify that on July 17, 2008, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system of filing which will forward a copy of the foregoing to counsel for the Defendant: Scott Kelley.

I further certify that on July 17, 2008, I forwarded a copy of the foregoing to the Plaintiff in this cause by U.S. Mail, properly addressed and postage prepaid.

Juanita Romero
P. O. Box 2541
Clanton, AL 35045

/s/ Allen D. Arnold

Of Counsel

2