**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

July 18, 2008

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Juanita Romero vs. Hyundai Motor Manufacturing AL, LLC**
**Case Number: 2:07cv936-MEF**

**Pleading : #17 - Notice of Compliance**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 7/17/08 with "Exhibit A" being filed as the main document.**

**The main pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**JUANITA ROMERO,**

**PLAINTIFF,**             CIVIL ACTION NO. 2:07-cv-00936-MEF

**V.**

**HYUNDAI MOTOR MANUFACTURING
ALABAMA, LLC,**

**DEFENDANT.**

## NOTICE OF COMPLIANCE

Come the attorneys for the Plaintiff in this causes and provides this Notice of Compliance to the Court and shows the following:

1. On July 3, 2008, Plaintiff's attorneys filed Motion to Withdraw as counsel for the Plaintiff in this cause.

2. Subsequent thereto the Court entered an Order (Doc. #16) that all counsel and Plaintiff appear at a hearing on the Motion to Withdraw.

3. The Order also stated that counsel for Plaintiff be directed to ensure that Plaintiff receives a copy of the Order before the hearing.

4. On July16, 2008, Plaintiff's counsel mailed a copy of the Order along with a letter (collectively, Exhibit A) to the Plaintiff via certified mail.

1

5. A copy of the Certified Mail Receipt is attached as Exhibit B.

NOW THEREFORE, Plaintiff's counsel shows his compliance with the Order dated July 15, 2008.

/s/ David R. Arendall
_____
David R. Arendall, Counsel for Plaintiff

/s/ Allen D. Arnold
_____
Allen D. Arnold, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office; 205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I certify that on July 17, 2008, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system of filing which will forward a copy of the foregoing to counsel for the Defendant:  Scott Kelley.

I further certify that on July 17, 2008, I forwarded a copy of the foregoing to the Plaintiff in this cause by U.S. Mail, properly addressed and postage prepaid.

Juanita Romero
P. O. Box 2541
Clanton, AL 35045

/s/ Allen D. Arnold
_____
Of Counsel