NO PDF ATTACHED TO THIS ENTRY. THE ORDER ENTERED WAS ENTERED IN THE WRONG CASE. PLEASE DISREGARD THIS ENTRY FROM THE DOCKET.