IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUANITA ROMERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NUMBER: |
| v. | ) 2:07-cv-00936-MEF |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

COME NOW the plaintiff, Juanita Romero, and defendant, Hyundai Motor Manufacturing Alabama, LLC, and, based on a settlement agreement, jointly move that this action against defendant be dismissed, with prejudice, each party to bear its own costs and fees.

Respectfully submitted this the 12th day of August, 2008.

_____
Juanita Romero, Plaintiff
Pro Se

P.O. Box 2541
Clanton, AL 35046
(205) 755-1444

_____
J. Trent Scofield
T. Scott Kelly
Attorneys for Defendant

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place
1819 5th Avenue North, Suite 1000
Birmingham, AL 35203-2118
(205) 328-1900